1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHERINE R. LOO
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: katherine.loo@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12

13 DARYL CURTIS CARTWRIGHT,           )
                                      )   CIVIL NO. 1:07-CV-426-DLB
14         Plaintiff,                 )
                                      )   ORDER FOR REMAND PURSUANT TO
15         v.                         )   SENTENCE FOUR OF 42 U.S.C. § 405(g),
                                      )   and
16 MICHAEL J. ASTRUE,                 )
   Acting Commissioner of             )   REQUEST FOR ENTRY OF JUDGMENT IN
17 Social Security,                   )   FAVOR OF PLAINTIFF AND AGAINST
                                      )   DEFENDANT
18         Defendant.                 )
   _____)

19

20         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21 record, that this action be remanded to the Commissioner of Social Security for further administrative

22 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

23 four.

24         On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the

25 following actions:

26    1.   Further develop the record to ascertain the nature and severity of Plaintiff's mental

27         impairment;

28    2.   Update the medical records from Plaintiff's medical sources;

3. Obtain Plaintiff's school records and send Plaintiff for a consultative psychological examination; and

4. If necessary, consider the need for a medical expert and a vocational expert based upon the expanded record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: 9/7/07         /s/ Brian C. Shapiro by Katherine R. Loo
                      (As authorized via facsimile)
                      BRIAN C. SHAPIRO
                      Attorney for Plaintiff

Dated: 9/6/07         McGREGOR W. SCOTT
                      United States Attorney
                      LUCILLE GONZALES MEIS
                      Regional Chief Counsel, Region IX
                      Social Security Administration

                       /s/ Katherine R. Loo
                      KATHERINE R. LOO
                      Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **September 10, 2007**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2