Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff DARYL CARTWRIGHT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL CARTWRIGHT,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:07-CV-426 -DLB<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between Plaintiff DARYL CARTWRIGHT ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of one thousand nine hundred fifty dollars ($1,950.00). This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1  The stipulation is entered into for the sole purpose of settling all disputed
2 claims regarding EAJA and avoiding the expenses and risks of litigation. This
3 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4 attorney fees, costs, and expenses.  This stipulation does not constitute an
5 admission of liability on the part of Defendant under the EAJA.  This stipulation
6 does not settle, or compromise the question of whether Brian C. Shapiro may be,
7 is, or should be the direct payee of an award of fees, costs, and expenses under the
8 EAJA in the absence or presence of an express or implied assignment of such an
9 award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12  Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16  Payment of  one thousand nine hundred fifty dollars ($1,950.00) in EAJA
17 attorney fees, costs, and expenses to Brian C. Shapiro shall constitute a complete
18 release from and bar to any and all claims Plaintiff may have relating to EAJA fees
19 in connection.  Any payment shall be made payable to Plaintiff's counsel as
20 Plaintiff's assignee and delivered to Plaintiff's counsel.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: October 17, 2007       Respectfully submitted,

                                              Law Offices of Lawrence D. Rohlfing

                                                      /s/ *Brian C. Shapiro*
BY: _____
      Brian C. Shapiro
      Attorney for plaintiff
      DARYL CARTWRIGHT

DATE:  October 17, 2007       McGREGOR W. SCOTT
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel – Region IX
                                          Social Security Administration

                                                        /s/ *Katherine R. Loo*
BY: _____
      KATHERINE R. LOO
      Special Assistant United States Attorney
      Attorneys for defendant MICHAEL J. ASTRUE
      Commissioner of Social Security

## **ORDER**

**APPROVED AND SO ORDERED**

DATE:  October 17, 2007

                                     BY:  /s/ Dennis L. Beck_____
                                         DENNIS L. BECK
                                         UNITED STATES MAGISTRATE JUDGE